AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 11, 2022

SEAN F. McAVOY, CLERK

|  |  |  |
|---|---|---|
| RILEY G., | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:22-cv-03029-EFS |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | | |
| _____ | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The parties' Stipulated Motion for Remand, ECF No. 11, is GRANTED.
Pursuant to the Court's order entered on October 11, 2022, ECF No. 12, this matter is REVERSED and
REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to
sentence four of 42 U.S.C. § 405(g). Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge            EDWARD F. SHEA            on parties' stipulated motion for remand.

Date:  10/11/2022_____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Nicole Cruz
_____
*(By) Deputy Clerk*

Nicole Cruz